# EXHIBIT C

# *NorthWell Staffing Agency*

P.O. Box 188 * Bay Shore, NY 11706
Office * (516) 635-4707  Fax * (631) 920-7505

October 1, 2016 re-submit 1/26/17

Fidelis
95-25 Queens Boulevard
Rego Park, NY 11374

Dear Provider Relations: Raphy Cueva

We are requesting the information for Blessed Healthcare Staffing Agency be changed to Northwell Staffing Agency effective October 1, 2016.
We have tried several times to receive these changes without prevailing.
Please expedite this matter ASAP, we have been patiently waiting since October 2016.

Old
Blessed Healthcare
Tax ID#:46-1237031

New
Vendor Address (All mailings including correspondence, payments, etc.)
P.O. Box 188
Bay Shore, NY 11706

Service Address:
121-19 Supthin Blvd,
Queens NY, 11434

64 S. Clinton Ave. 3A
Bayshore, NY 11706

Northwell Staffing Agency
NPI#:1215262936
Tax ID#: 81-3849347

Phone: (516) 635-4707
Fax: (631) 920-7505

Thank you for your assistance.

Veronica Woods

VWoods@northwellstaffing.com

1/26/17

Fax Cover Sheet:

From: veronica woods
Tel# 516 635-4707
Fax# 631 920-7505

To: Mr. Raphy Cuevas
Fax# 718 393-6680

Number of pages __3__ with cover sheet

I would like to thank you for all you help and time. Please review.

Thanks Again.