# EXHIBIT H

**AMSTER ROTHSTEIN & EBENSTEIN** LLP
*Intellectual Property Law*

90 Park Avenue
New York NY 10016
Main 212 336 8000
Fax  212 336 8001
Web  www.arelaw.com

| Partners | Founding Partners | Of Counsel | Sandra A. Hudak |
|---|---|---|---|
| Daniel Ebenstein | Morton Amster, *Of Counsel* | Anne Hassett | Tzvi Hirshaut |
| Philip H. Gottfried | Jesse Rothstein (1934-2003) | | Michael Sebba |
| Neil M. Zipkin | | *Associates* | Tuvia Rotberg |
| Anthony F. Lo Cicero | *Senior Counsel* | Patrick Boland* | Dexter Chang |
| Kenneth P. George | Marion P. Metelski | Benjamin Charkow | |
| Chester Rothstein | Alan D. Miller, Ph.D. | Suzue Fujimori | |
| Craig J. Arnold | Marc J. Jason | Jessica Capasso | |
| Charles R. Macedo | Richard S. Mandaro | Brian Amos, Ph.D. | |
| Brian A. Comack | Matthieu Hausig | Hajime Sakai, Ph.D. | |
| Max Vern | Jung S. Hahm | David P. Goldberg | |
| Holly Pekowsky | Mark Berkowitz | Reena Jain | * Not admitted in New York |
| Benjamin M. Halpern* | | | |

March 9, 2017

Kenneth P. George
Direct 212 336 8090
E-mail kgeorge@arelaw.com

Via E-mail, Fax and Mail

Ms. Veronica Woods
NorthWell Staffing Agency, LLC
P.O. Box 188
Bay Shore, NY 11706

Re: Northwell Health, Inc.
NorthWell Staffing Agency, LLC
Our File: 64337/177

Dear Ms. Woods:

We are trademark counsel to Northwell Health, Inc. ("Northwell"), formerly known as North Shore-Long Island Jewish Health System, Inc. ("NSLIJ"), owner of the well-known mark NORTHWELL HEALTH in connection with medical, healthcare and related services (the "NORTHWELL Mark"). Our client has been operating for over 20 years, and its vast health system includes 21 hospitals and more than 12,000 member physicians. Northwell is the largest integrated health system in New York and is also the largest private employer in New York.

Northwell owns Registration Nos. 5,014,738 and 5,005,174 for its NORTHWELL Mark with priority filing dates of July 6, 2015 (word mark) and September 22, 2015 (word and design mark). Copies of these Registrations are annexed hereto as Exhibits A and B, respectively.

Northwell has been using its NORTHWELL Mark for more than a year, and its name change to NORTHWELL HEALTH was well publicized before that, in such well known publications as *The New York Daily News*, *The Washington Times* and *Crains New York*.

Northwell's NORTHWELL Mark has been extensively promoted and has received widespread recognition from the trade and public. As such, the NORTHWELL Mark has gained a secondary meaning as denoting medical, healthcare and related services of excellent

650834.1

Ms. Veronica Woods                                2                                March 9, 2017

quality and value stemming from Northwell, and the NORTHWELL Mark has become a business asset of significant value to Northwell.

       Northwell recently learned that, well after it began using the NORTHWELL Mark, and well after the NORTHWELL Mark became well known to consumers, NorthWell Staffing Agency, LLC ("your company"), which, like our client, is located on Long Island, New York, was formed on September 12, 2016 and began operating as "NorthWell Staffing Agency" (the "Infringing Name"). It is our understanding that previously your company operated as Blessed Healthcare Staffing Agency, LLC, which was dissolved by proclamation on October 26, 2016.

       Given the identical nature of the NORTHWELL element in both parties' names, and the overlapping nature of the parties' medical and healthcare services, use of the Infringing Name creates the false impression that the parties' services emanate from the same source or that there is an affiliation, license or other relationship between the parties, when there is not. The likelihood of confusion is particularly strong because your company's services are provided in the same geographic region as Northwell's, *i.e.*, on Long Island. In addition, Northwell similarly operates a staffing agency and Northwell and your company contract with overlapping payors, both of which contribute to public confusion.

       Your company's activities constitute infringement of Northwell's NORTHWELL Mark and false designation of origin in violation of Sections 33 and 43(a) of the Trademark Act of 1946 (15 U.S.C. §§ 1115 and 1125(a)), as well as unfair competition under New York State law. Northwell is entitled to an injunction under 15 U.S.C. § 1116, and monetary compensation in the form of damages and/or your company's profits for services provided under the Infringing Name.

       Based on the identical nature of the marks, the overlap in services, and the geographic closeness of the two companies, it appears clear that your company has acted willfully. Accordingly, in addition to the remedies discussed above, Northwell will be entitled to up to three times its actual damages and an award of its attorneys' fees under 15 U.S.C. § 1117(a).

       Your company's use of the Infringing Name is particularly dangerous since your company has received bad reviews for allegedly not paying its nursing staff and failing to send pertinent documentation to Albany for a patient's continuity of care. *See* reviews on https://www.yellowpages.com/lindenhurst-ny/mip/blessed-healthcare-staffing-agency-18498951 annexed hereto as Exhibit C. Consumers and the public are likely to mistakenly believe that Northwell has committed these offenses, and its reputation will be irreparably harmed.

       Indeed, a patient called Northwell to complain about the failure of your company to pay his caregiver under the mistaken belief that your company and Northwell are the same company. Our client has also received calls from managed care companies mistakenly believing that your company and Northwell are the same company. These calls from patients and managed care companies are evidence that your company's use of the Infringing Name is causing actual confusion, and this is compelling evidence of infringement.

650834.1

Ms. Veronica Woods                              3                              March 9, 2017

      Accordingly, on behalf of Northwell, we demand that your company immediately cease and desist from all use of the Infringing Name, or any other name or mark which is confusingly similar to our client's NORTHWELL Mark, including, without limitation: (i) changing its name to a name that does not incorporate the NORTHWELL element or any confusingly similar element; (ii) changing all relevant signage; (iii) notifying all relevant trade directories of the name change; and (iv) assigning to our client all domain names which incorporate the NORTHWELL element, including, without limitation, northwellstaffing.com.

      Unless we receive, within ten (10) days of this letter, notification from your company or its counsel that your company has ceased all infringing activities and will in the future refrain from using either the Infringing Name or any other name or mark that is confusingly similar to our client's NORTHWELL Mark, our client will be forced to take appropriate action to protect its valuable intellectual property rights.

      This letter is without prejudice to any of our client's rights or remedies, all of which are expressly reserved.

      Very truly yours,

      AMSTER, ROTHSTEIN & EBENSTEIN LLP

      Kenneth P. George

KPG:jns
Encls.

cc:    NorthWell Staffing Agency, LLC
      121-19 Sutphin Boulevard
      Jamaica, NY  11434 (via FedEx)

      NorthWell Staffing Agency, LLC
      64 S. Clinton Avenue, 3A
      Bay Shore, NY  11706 (via FedEx)

      United States Corporation Agents, Inc.
      7014 13th Avenue, Suite 202
      Brooklyn, NY  11228 (via FedEx)

      Northwell Health, Inc. (via email)

      Holly Pekowsky, Esq.

650834.1



**United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

Trademarks > Trademark Electronic Search System (TESS)

*TESS was last updated on Wed Mar 8 03:31:48 EST 2017*

TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP

Logout   Please logout when you are done to release system resources allocated for you.

## Record 1 out of 1

TSDR   ASSIGN Status   TTAB Status   *( Use the "Back" button of the Internet Browser to return to TESS)*

# NORTHWELL HEALTH

| | |
|---|---|
| **Word Mark** | NORTHWELL HEALTH |
| **Goods and Services** | IC 035. US 100 101 102. G & S: Physician referral services; managed care services, namely, utilization review and pre-certificate services; managed care services, namely, electronic processing of health care information. FIRST USE: 20160101. FIRST USE IN COMMERCE: 20160101

IC 041. US 100 101 107. G & S: Providing continuing medical education courses; education services, namely, providing courses and seminars at the university level for the education of health services personnel, including doctors, nurses and other health professionals; providing information and counseling on physical fitness, all provided at hospitals and healthcare facilities. FIRST USE: 20160101. FIRST USE IN COMMERCE: 20160101

IC 042. US 100 101. G & S: Medical research services. FIRST USE: 20160101. FIRST USE IN COMMERCE: 20160101

IC 044. US 100 101. G & S: Hospitals and hospices; home health care services; medical services; physical rehabilitation; health care services; wellness programs, namely, providing information and counseling on nutrition and healthy living, all provided at hospitals and healthcare facilities; managed health care services. FIRST USE: 20160101. FIRST USE IN COMMERCE: 20160101 |
| **Standard Characters Claimed** | |
| **Mark Drawing Code** | (4) STANDARD CHARACTER MARK |
| **Serial Number** | 86979340 |
| **Filing Date** | July 6, 2015 |
| **Current Basis** | 1A |

**Exhibit A**

Trademark Electronic Search System (TESS)                                    Page 2 of 2

| | |
|---|---|
| Original Filing Basis | 1B |
| Published for Opposition | December 8, 2015 |
| Registration Number | **5014738** |
| Registration Date | August 2, 2016 |
| Owner | (REGISTRANT) NORTHWELL HEALTH, INC. CORPORATION NEW YORK 2000 Marcus Avenue New Hyde Park NEW YORK 11042 |
| Assignment Recorded | ASSIGNMENT RECORDED |
| Attorney of Record | Anthony F. Lo Cicero |
| Disclaimer | NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "HEALTH" APART FROM THE MARK AS SHOWN |
| Type of Mark | SERVICE MARK |
| Register | PRINCIPAL |
| Live/Dead Indicator | LIVE |

TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP

| HOME | SITE INDEX| SEARCH | eBUSINESS | HELP | PRIVACY POLICY

Trademark Electronic Search System (TESS)                                            Page 1 of 2


**United States Patent and Trademark Office**
Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

Trademarks > Trademark Electronic Search System (TESS)

*TESS was last updated on Wed Mar 8 03:31:48 EST 2017*

[TESS HOME] [NEW USER] [STRUCTURED] [FREE FORM] [BROWSE DICT] [SEARCH OG] [BOTTOM] [HELP]

[Logout] Please logout when you are done to release system resources allocated for you.

# Record 1 out of 1

[TSDR] [ASSIGN Status] [TTAB Status] *( Use the "Back" button of the Internet Browser to return to TESS)*



| | |
|---|---|
| **Word Mark** | NORTHWELL HEALTH |
| **Goods and Services** | IC 035. US 100 101 102. G & S: physician referral services; managed care services, namely, utilization review and pre-certificate services; managed care services, namely, electronic processing of health care information. FIRST USE: 20160101. FIRST USE IN COMMERCE: 20160101 |
| | IC 041. US 100 101 107. G & S: providing continuing medical education courses; education services, namely, providing courses and seminars at the university level for the education of health services personnel, including doctors, nurses and other health professionals; providing information and counseling on physical fitness, all provided at hospitals and healthcare facilities. FIRST USE: 20160101. FIRST USE IN COMMERCE: 20160101 |
| | IC 042. US 100 101. G & S: medical research services. FIRST USE: 20160101. FIRST USE IN COMMERCE: 20160101 |
| | IC 044. US 100 101. G & S: hospitals and hospices; home health care services; medical services; physical rehabilitation; health care services; wellness programs, namely, providing information and counseling on nutrition and healthy living, all provided at hospitals and healthcare facilities; managed health care services. FIRST USE: 20160101. FIRST USE IN COMMERCE: 20160101 |
| **Mark Drawing Code** | (3) DESIGN PLUS WORDS, LETTERS, AND/OR NUMBERS |
| **Design Search Code** | 24.09.09 - Flags, more than one; More than one flag |
| **Serial Number** | 86979299 |
| **Filing Date** | September 22, 2015 |
| **Current Basis** | 1A |
| **Original Filing** | 1B |

**Exhibit B**

| | |
|---|---|
| Basis | |
| Published for Opposition | December 1, 2015 |
| Registration Number | **5005174** |
| Registration Date | July 19, 2016 |
| Owner | (REGISTRANT) NORTHWELL HEALTH, INC. CORPORATION NEW YORK 2000 Marcus Avenue New Hyde Park NEW YORK 11042 |
| Assignment Recorded | ASSIGNMENT RECORDED |
| Attorney of Record | Holly Pekowsky |
| Disclaimer | NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "HEALTH" APART FROM THE MARK AS SHOWN |
| Description of Mark | Color is not claimed as a feature of the mark. The mark consists of the words "Northwell Health" and an array of flags in rows and columns. |
| Type of Mark | SERVICE MARK |
| Register | PRINCIPAL |
| Live/Dead Indicator | LIVE |

TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP

| HOME | SITE INDEX| SEARCH | eBUSINESS | HELP | PRIVACY POLICY



Exhibit C

Blessed Healthcare knows what is expected from our clients and we strive to meet and exceed your expectation and needs.

| | |
|---|---|
| **Business Description** | Blessed Healthcare is a Licensed Home Care Service Agency (LHCSA) and a NYS OPWDD provider. Our mission is to be the premier healthcare service provider capable of offering quality home care, healthcare staffing, and CPR, AED, and First-Aid training. |
| **Hours** | Regular Hours<br>Mon    9:00 am - 5:00 pm<br>Tue - Thu    9:30 am - 4:30 pm<br>Fri    10:00 am - 4:00 pm<br>Sat - Sun    Closed |
| **Extra Phones** | Phone: (631) 270-6545 |
| **Location** | Blessed Healthcare headquarters is located at 99 West Hoffman Ave. Lindenhurst, NY 11757. Our additional location is located at 1149 Old Country Rd. Suite B3, Riverhead, NY 11901. |
| **Neighborhood** | Lindenhurst |
| **Amenities** | 24hours/7days a week. On-call answering service when office is closed. |
| **Accreditation** | Licensed Home Care Services Agency (LHCSA)<br>NYS DOH Licensed Home Care Service Agency (LHCSA)<br>NYS DOH Personal Care Aide (PCA) Training<br>NYS Office for People with Developmental Disabilities (OPWDD)<br>American Heart Association (AHA) CPR & First-Aid Training |
| **AKA** | Blessed Healthcare Agency |
| **Other Links** | http://homecareli.com<br>http://www.bhcsa.com |
| **Category** | Home Health Services |

## COUPONS

No coupons available. Claim this business to add deals.

Claim this business

## GALLERY

Be first to add a photo!

Add a Photo

## REVIEWS

Hi there!
Rate this business!       Click to Rate

Natalie G.



> Now known as northWell
> I am the mother of one of their patients. They took very good care of son UNTIL they gave 2 week notice of discharge knowing fully well they DID NOT send pertinent documentation to Albany that was needed for continuity of care & transition to new nursing agency. My sons nurses are the best and devoted to my boy, which I am grateful for. This agency also seemingly was in the process of going under even though they claimed restructuring under the NorthWell name. Failure to pay nurses. Did they continue to accept payment from New York state and not pay their employees? Seems so. Shame on them! Families with loved ones in need do not need this lack of unsupportive & unprofessional behavior. FYI if they conduct their business like this in New York I would be concerned that it is this unstable in their Virginia location as well

**Laura B.**

> Upon answering an ad for receptionist, posted as "urgent, help needed in the Riverhead location,", drove to Lindenhurst, filled out an application, was interviewed, told to get a series of shots at my expense.( did it) after several weeks of given the run around, no answer, as far as a second interview forthcoming, no answer. No one knows what is going on, so I spun my wheels for nothing, and had to pay for shot's I didn't need, for a job that apparently does not exist. Stay away from this company, they are dysfunctional, and a waste of time. Sincerely,
> Laura Bohn

**Chris J.**

> There all nasty women with attuides. Family run so you dealing with a family of trash. There nurse always quit never get paid. Stay away learn from my mistake.

**Blessed healthcare S.**

> Great experience! Working with the company. I brought in my time slips on time and I always got paid on time. Very professional atmosphere. They also keep me working. Highly recommend!!!!

**Theresa S.**

> I am very disappointed with Blessed Home Care (clearly a misnomer). I remained unpaid for a shift I worked two months ago. After having informed that I need to make a written complaint, (which is ridiculous), I proceeded to make one, then two, and was totally ignored.
>
> The behavior of those involved is foolish, unprofessional, and illegal.

Theresa Shea RN

Helpful (0)    Share                                    Flag



New York Area Home Health - Recovery and support at home
go.kindred.com/Home-Health/NY  (888) 683-6905
See how we can help maintain independence through therapy and nursing visits
Post-Surgical Care · Full Recovery Support · Experienced Care Givers · Local Care Provider
Services: Skilled Nursing Visits, Rehab Therapy, Physical Therapy, Home Health Aides



**ABOUT**
About Us
Site Feedback
Contact Us
Advertise with Us
Careers - We're Hiring
Corporate Blog
Engineering Blog
Legal | Terms of Service and Use
Privacy Policy
Small Business Advertising
Advertising Choices
About Call Recording

**SITE DIRECTORY**
Articles
News
Find a Business
White Pages
Mobile Apps
Reverse Phone Lookup
Site Map
Browse Restaurants

**CITY GUIDES** More Cities »
Atlanta        Detroit        Miami
Austin         Houston        Milwaukee
Baltimore      Indianapolis   New York
Boston         Kansas City    Oklahoma City
Charlotte      Las Vegas      Orlando
Chicago        Los Angeles    Philadelphia
Dallas         Louisville     Phoenix
Denver         Memphis        Saint Louis

**YP FAMILY**
Corporate Site
Marketing Solutions
AnyWho

**AT&T FAMILY**
AT&T
AT&T Wireless

© 2017 YP LLC. All rights reserved.
YP, the YP logo and all other YP marks contained herein are trademarks of YP LLC and/or YP affiliated companies.
AT&T, the AT&T Logo and all AT&T related marks are trademarks of AT&T Inc. or AT&T affiliated companies. All other marks contained herein are the property of their respective owners.

TRUSTe Certified Privacy