```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------X
NORTHWELL HEALTH, INC.

                          Plaintiff,            **ORDER ADOPTING R&R**
-against-                                       17-CV-1611 (DRH)(AKT)

NORTHWELL STAFFING AGENCY, LLC,
and VERONICA WOODS also known as Vernica
Woods also known as Vertissha Woods,

                          Defendants.
-------------------------------------------------------X
```

**HURLEY, Senior District Judge:**

## INTRODUCTION

Presently before the Court is the Report and Recommendation, dated March 1, 2018, of Magistrate Judge A. Kathleen Tomlinson recommending that Plaintiff's motion for default judgment be granted and that Defendants be enjoined from (1) providing or promoting any services under the name NorthWell Staffing Agency (the "Infringing Name") or otherwise using the Infringing Name or any other mark or name which contains the "Northwell" element or is confusingly similar to Plaintiff's trade names, including, without limitation, as a service mark, corporate name, trade name, certificate of assumed name, or domain name, (2) using the Infringing Name or any other mark or name which contains the "Northwell" element to unfairly compete with Plaintiff, or (3) using in connection with the sale of any goods or services, a false or misleading description or representation including the Infringing Name or any other mark or name which contains the "Northwell" element. Judge Tomlinson further recommends that Defendants transfer to Plaintiff the domain name "northwellstaffing.com" and any other domain name owned and/or controlled by Defendants which contains the "Northwell" element or a

colorable imitation thereof within thirty (30) days of the Clerk's entry of default judgment. The time to file objections has expired, and no objections have been filed.

Pursuant to 28 U.S.C. § 636(b) and Fed. R. Civ. P. 72, this Court has reviewed the Report and Recommendation for clear error, and finding none, now concurs in both its reasoning and its result. Accordingly, the Court adopts the March 1, 2018 Report and Recommendation of Judge Tomlinson as if set forth herein. Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff's motion for default judgment against the defendants Northwell Staffing Agency, LLC, and Veronica Woods also known as Vernica Woods also known as Vertissha Woods, is granted and that Defendants, their officers, agents, servants, employees, and attorneys are permanently enjoined from (1) providing or promoting any services under the name NorthWell Staffing Agency (the "Infringing Name") or otherwise using the Infringing Name or any other mark or name which contains the "Northwell" element or is confusingly similar to Plaintiff's trade names, including, without limitation, as a service mark, corporate name, trade name, certificate of assumed name, or domain name, (2) using the Infringing Name or any other mark or name which contains the "Northwell" element to unfairly compete with Plaintiff, or (3) using in connection with the sale of any goods or services, a false or misleading description or representation including the Infringing Name or any other mark or name which contains the "Northwell" element; and

**IT IS FURTHER ORDERED THAT** within thirty (30) days of entry of default judgment, Defendants must transfer to Plaintiff the "northwellstaffing.com" domain name and any other domain name owned and/or controlled by Defendants which contains the "Northwell" element or a colorable imitation thereof, including, without limitation, the Infringing Name; and

**IT IS FURTHER ORDERED THAT** the Court shall retain jurisdiction over this action as may be necessary or appropriate to enforce this order.

The Clerk of Court is directed to enter judgment accordingly and to close this case.

Dated: Central Islip, N.Y.
March 28, 2018

/s/ Denis R. Hurley
Denis R. Hurley
United States District Judge